UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORWIN ZECHAR,<br><br>        Plaintiff,<br><br>    v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS, et al.,<br><br>        Defendants. | Case No. 25-cv-03171-JST<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE OPPOSITION TO RE-FILED MOTION TO DISMISS**<br><br>Re: ECF No. 16 |

Defendant re-filed its motion to dismiss on May 12, 2025. ECF No. 16. The deadline to file an opposition has passed, and no opposition has been filed. Nor has Plaintiff filed the statement of nonopposition that is required when "the party against whom the motion is directed does not oppose the motion." Civil L.R. 7-3(b). By June 18, 2025, Plaintiff shall file either a written response showing cause as to why a timely opposition was not filed or a statement of nonopposition to the motion.

This order does not constitute permission to file a late opposition.

The deadline to file a reply brief is vacated, as is the hearing currently set for July 10, 2025. The Court will schedule a new reply deadline and hearing date if necessary.

If Plaintiff does not file a timely response to this order to show cause, the Court may dismiss this case for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: June 4, 2025



JON S. TIGAR
United States District Judge