UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORWIN ZECHAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-03171-JST<br><br>**ORDER DISMISSING CASE** |

On June 4, 2025, the Court ordered Plaintiff Corwin Zechar to show cause, within 14 days of the date of the order, as to why he did not file either a timely opposition or statement of non-opposition to Defendant Blue Cross and Blue Shield of Illinois's motion to dismiss. ECF No. 26. The Court advised Zechar that "the Court may dismiss this case for failure to prosecute" if he did "not file a timely response to this order to show cause." *Id.*

The deadline to respond to the order to show cause passed on June 18, 2025. To date, Corwin has not filed a response, nor has he filed any document in this case since it was removed on April 8, 2025. As the Court advised Corwin it would do if he failed to respond to the order to show cause, the Court now dismisses this case for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. Dismissal is without prejudice—i.e., it does not "operate[] as an adjudication on the merits." Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 26, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge